UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.    20-21305 (JJT) |
| ) | |
| BRYAN F. KIELBANIA, ) | |
|      DEBTOR. ) | CHAPTER    13 |
| ) | |
| JOHN AND DONNA PRETE, ) | |
|      MOVANTS ) | |
| ) | |
| V. ) | RE: ECF NOS.    117, 124, 135 |
| ) | |
| BRYAN F. KIELBANIA, ) | |
|      RESPONDENT. ) | |
| ) | |

## ORDER GRANTING
## JOHN AND DONNA PRETE RELIEF FROM STAY

The Amended Motion for Relief from the Automatic Stay (ECF No. 117) in the above-entitled matter having come before the Court, after notice and hearing on February 18, 2022, it is hereby ORDERED:

A. That the Automatic Stay in the above-captioned case, to the extent applicable, be modified for cause under 11 U.S.C. § 362(d)(1):

   i. To permit the Movants to commence a civil action for specific performance in the Hartford Superior Court and to pursue the same to judgment as against the Debtor's LLC (Enviro Enterprises, LLC), and to further place a lis pendens on the land records of the Town of Mansfield, Connecticut to protect Movants' equitable contractual interest to purchase Property known as 438-483 Browns Road, Mansfield, Connecticut 06268; and

      ii.      To permit the Movants to seek ancillary relief therein ordering and directing the Debtor, in his corporate capacity, to cause the closing of the subject Property sale.

B.  That Rule 4001(a)(3) is not applicable and JOHN PRETE and DONNA PRETE may immediately enforce and implement this Order granting relief from the automatic stay.

**IT IS SO ORDERED** at Hartford, Connecticut this 18th day of February 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut