UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| BRYAN F. KIELBANIA | : | CASE NO. 20-21305 jjt |
| Debtor | : | Re: ECF No. 213 |

## ORDER GRANTING MOTION TO REOPEN CASE

The Debtor herein having brought a Motion to Reopen Chapter 13 Case (ECF No. 213)(the "Motion"), and having demonstrated cause to grant such Motion, it is hereby

**ORDERED** that the Motion is hereby GRANTED for purposes of hearing the Motion for Relief from Judgment/Order pursuant to F.R.Bankr.P. 9024 filed as ECF No. 215.

Dated at Hartford, Connecticut this 17th day of August, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut