**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: | **Chapter 13** |
| **BRYAN F. KIELBANIA** | **CASE NUMBER 20-21305 jjt** |
| **DEBTOR** | **RE: ECF NO. 215** |

### ORDER GRANTING MOTION FOR RELIEF FROM ORDER PURSUANT TO F.R.CIV.P. 60(b)(1)

Debtor **BRYAN F. KIELBANIA** having brought a MOTION FOR RELIEF FROM ORDER PURSUANT TO F.R.CIV.P. 60(b)(1) (the "Motion") and after hearing on notice and good cause having been shown therefor, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Court's Order Granting Trustee's Motion to Dismiss Chapter 13 Case dated May 25, 2022 (ECF No. 202) shall be modified to lift the 2-year bar and permit the Debtor to file a petition under Chapter 13 of the Bankruptcy Code provided that such future filing does not seek to modify the rights of the current owner of the real property located at 438 & 483 Browns Road, Mansfield, Connecticut.

Dated at Hartford, Connecticut this 17th day of August, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut